IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01473-RPM

MERRILL LYNCH & CO., INC.,

        Plaintiff,

v.

EVELANI ENGLISH,
RICHARD R. BAIS and,
CHRISTOPHER W. LUCAS,

        Defendants.
_____

ORDER FOR HEARING
_____

Upon review of the complaint and motion for temporary restraining order and preliminary injunction, filed July 12, 2007, and because there are allegations in the complaint made on information and belief the Court will not issue an *ex parte* temporary restraining order. Accordingly, the motion for temporary restraining order should be set for hearing and the defendants be served with copies of the pleadings by personal service. It is now

ORDERED that a hearing on the plaintiff's motion for temporary restraining order will be held in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at **2:00 p.m. on Tuesday, July 17, 2007,** conditioned upon the plaintiff making personal service of the pleadings filed and a copy of this order on the named defendants before the time of hearing.

DATED: July 13th , 2007

                                      BY THE COURT:
                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge