IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07cv01473-RPM-BNB

MERRILL LYNCH & CO., INC., a Delaware corporation,

    Plaintiff,

v.

EVELANI ENGLISH, an individual,
RICHARD R. BAIS, and individual, and
CHRISTOPHER W. LUCAS, an individual,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 7 2007

GREGORY C. LANGHAM
CLERK

### STIPULATION AND ORDER

Plaintiff Merrill Lynch & Co., Inc. ("Merrill Lynch"), by and through their undersigned counsel, and Defendants Evelani English, Richard R. Bais and Christopher W. Lucas (collectively "Defendants"), for themselves, agree and move this Court to enter the following Stipulation as an Order in lieu of the Temporary Restraining Order requested by Merrill Lynch:

    1.    The hearing on Merrill Lynch's Motion for Temporary Restraining Order (Docket No. 6) set for July 17, 2007 at 2:00 p.m. is hereby vacated. The Parties are to meet and confer about the time needed before a Preliminary Injunction hearing is held and the length of such a hearing on Plaintiff's Motion for a Preliminary Injunction (Docket No. 2). Thereafter, the Parties are to jointly contact the Court to obtain available dates and set the hearing.

    2.    Until an Order is issued that replaces this Order, Defendants, their employees, owners, agents, and all individuals and entities acting by, through, under or in concert with them shall not (1) associate themselves with, claim employment with, affiliation with, endorsement by

1

or sponsorship by Merrill Lynch in any manner, or (2) directly or indirectly use in commerce or cause to be published or otherwise disseminate and promote any materials or activities containing, reflecting or referring to any purported affiliation or endorsement by Merrill Lynch, or any substantially similar claim in connection with Defendants' attempt to bolster their financial resources.

Dated this 17 day of July, 2007.

BY THE COURT

_____
United States District Court Judge

Agreed to by counsel for Plaintiff this 14th day of July, 2007.

s/ Gregory S. Tamkin
Gregory S. Tamkin
Jason L. Johnson
DORSEY & WHITNEY LLP
370 17th Street, Suite 4700
Denver, CO 80202-5647
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
E-mail: tamkin.greg@dorsey.com
E-mail: johnson.jason@dorsey.com

**Attorneys for Plaintiff
Merrill Lynch & Co., Inc.**

2

Agreed to by Defendant Evelani English this 14th day of July, 2007.

_____

Evelani English

Agreed to by Defendant Richard R. Bais this 14th day of July, 2007.

_____

Richard R. Bais

Agreed to by Defendant Christopher W. Lucas this 14th day of July, 2007.

_____

Christopher W. Lucas

Agreed to by Defendant Evelani English this 14th day of July, 2007.

_____

Evelani English

Agreed to by Defendant Richard R. Bais this 14th day of July, 2007.

_____

Richard R. Bais

Agreed to by Defendant Christopher W. Lucas this 14th day of July, 2007.

_____

Christopher W. Lucas

3

Agreed to by Defendant Evelani English this 14th day of July, 2007.

_____

Evelani English


Agreed to by Defendant Richard R. Bais this 14th day of July, 2007.

_____

Richard R. Bais


Agreed to by Defendant Christopher W. Lucas this 14th day of July, 2007.

*/s/ Christopher W. Lucas*

Christopher W. Lucas