IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01473-RPM

MERRILL LYNCH & CO., INC.,

       Plaintiff,

v.

EVELANI ENGLISH,
RICHARD R. BAIS and,
CHRISTOPHER W. LUCAS,

       Defendants.
_____

ORDER REJECTING STIPULATION TO DISMISS
_____

On October 26, 2007, this Court entered a permanent injunction pursuant to a stipulation and order granting permanent injunction and issued an order to show cause directing the plaintiff to show cause by November 5, 2007, why that should not be taken as full and final relief in this civil action and that it should be closed administratively. On November 5, 2007, the plaintiff filed a response, informing that a settlement agreement had been reached and the plaintiff was circulating a stipulation to dismiss. On December 17, 2007, a stipulation to dismiss was filed. It provides that the Court shall retain jurisdiction for purposes of enforcement of a settlement agreement. No settlement agreement has been submitted to the Court and it is therefore being requested to enforce provisions of an agreement without knowledge of it. The Court is unwilling to order a dismissal on such terms and is also unwilling to retain jurisdiction for enforcement of a contract in the form of a settlement agreement. It is therefore

ORDERED that the stipulation to dismiss is rejected and the plaintiff will again show cause on or before December 30, 2007, why this civil action should not be dismissed unconditionally.

DATED: December 18th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge