IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01473-RPM

MERRILL LYNCH & CO., INC.,

       Plaintiff,

v.

EVELANI ENGLISH,
RICHARD R. BAIS and,
CHRISTOPHER W. LUCAS,

       Defendants.
_____

ORDER FOR DISMISSAL
_____

Pursuant to Plaintiff's Response to Order Rejecting Stipulation to Dismiss, filed on December 20, 2007, it is

ORDERED that this action is dismissed unconditionally.

DATED: December 21st, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge